**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7697**

---

FRANKIE L. MCCOY, SR.,

Plaintiff - Appellant,

versus

EUGENE NUTH, Warden; REICLYN, Duty Captain; W.
O. FILBERT, Assistant Warden; J. WOULDRIDGE,
Captain,

Defendants - Appellees,

and

UNKNOWN NAME OF DEFENDANTS, Maryland State
Penitentiary, each defendant is sued in their
individual and official capacity,

Defendants.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-
94-3098-CCB)

---

Submitted: March 13, 1997          Decided: March 19, 1997

---

Before HALL, ERVIN, and WILKINS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Frankie L. McCoy, Sr., Appellant Pro Se.  John Joseph Curran, Jr., Attorney General, Glenn William Bell, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. McCoy v. Nuth, No. CA-94-3098-CCB (D. Md. Aug. 28, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2